# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered July 20, 2010:*

People v Bryant, Docket No. 280073. The Court orders that the June
22, 2010, opinion is hereby vacated, and a new opinion is attached.*

The June 22, 2010, opinion indicated that the prosecution did not file
a brief on appeal. In fact, the prosecution did file a brief on appeal, which
this Court received the first day of the case call to which this case was
assigned. The new opinion merely omits references to the fact that the
prosecution did not file a brief on appeal.

---

* Reported at 289 Mich App 260—Reporter.